IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAKOBE BROWN**  **PLAINTIFF**
ADC #167307

v.  Case No. 2:21-cv-00051-KGB

**DEXTER PAYNE, Director,**
Arkansas Department of Correction, *et al.*  **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). Plaintiff Jakobe Brown has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Brown's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 2, at 3).

It is so ordered this 29th day of November, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge